

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Bob Deuell v. Texas Right to Life Committee, Inc.

Appellate case number:   01-15-00617-CV

Trial court case number:  2014-32179

Trial court:             152nd District Court of Harris County

      It is ordered that Appellant's Motion for En Banc Reconsideration is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                    Acting for the En Banc Court*

Date:   December 29, 2016

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Brown, Huddle, and Lloyd.  Justice Massengale not sitting; recused.

Jennings, J., dissenting from denial of en banc reconsideration.